1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW MANCILLA,                             No.  2:14-cv-1405 KJN P

12                      Petitioner,

13         v.                                      ORDER

14    KAMALA D. HARRIS,

15                      Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or filed a request to

19    proceed in forma pauperis.  In his application, petitioner challenges a conviction issued by the

20    Kings County Superior Court.  Kings County is part of the Fresno Division of the United States

21    District Court for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.

25          In addition, the court notes that petitioner did not sign the petition.  It appears that another

26    inmate signed the petition for petitioner, stating that he signed the petition for petitioner "because

27    [he is] trying to get [petitioner] a federal public defender.  His state remedies are exhausted.  His

28    deadline is in July. . . . To stop time tolling. . . ."  (ECF No. 1 at 19.)  Petitioner is advised that

                                                   1

Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings be personally signed by the litigant proceeding without counsel.  Accordingly, to avoid any further delay, petitioner may wish to sua sponte sign and file an amended petition in the Fresno Division of this court bearing the new case number.  Petitioner need not re-submit his exhibits inasmuch as the exhibits appended to the original petition remain on file with the court and may be referenced by any party.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

3.  The Clerk of the Court is directed to send petitioner a copy of pages 1-19 of the original petition.  (ECF No. 1 at 1-19.)

Dated:  June 18, 2014

/manc1405.109

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2