# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MANCILLA,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MUNIZ,<br><br>    Respondent. | Case No. 1:14-cv-00935-DAD-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS WITH THE CLERK OF COURT |

    Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 8, 2014, Petitioner filed the instant federal petition for writ of habeas corpus in the Sacramento Division of the Eastern District of California. (ECF No. 1). On June 18, 2014, the petition was transferred to this Court. (ECF No. 4). On December 3, 2014, Respondent filed a motion to dismiss the petition (ECF No. 21). That same day, Respondent lodged with the Clerk of Court the parties' briefs and the court orders from Petitioner's direct appeal. (ECF No. 22). On July 17, 2015, the Court granted Petitioner's motion to withdraw unexhausted claims from the petition, and denied as moot Respondent's motion to dismiss. (ECF No. 30). On July 20, 2015, the Court ordered Respondent to file an answer to the petition, including "any and all transcripts or other documents necessary for the resolution of the issues presented in the petition." (ECF No. 31).

On September 15, 2015, Respondent filed an answer to the remaining claims in the petition. (ECF No. 34). However, Respondent failed to lodge any clerk or reporter transcripts or other documents to supplement what was previously lodged on December 3, 2014. Upon review of the record currently before the Court, the Court finds that it does not have sufficient documentation to render a decision on whether the instant petition for writ of habeas corpus should be granted or denied.

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of this order, Respondent SHALL LODGE with the Clerk of Court any and all transcripts or other documents necessary for the resolution of the issues presented in the petition.

IT IS SO ORDERED.

Dated: **March 7, 2016**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE